# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF ORDER REVOKING DISCHARGE

**DEBTOR INFORMATION:**
Tarel Deshun Meeks
fdba Last Kings

**BANKRUPTCY NO.** 2:19−bk−23548−RK

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2909
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** N/A

**Address:**
712 North Orange Grove
Los Angeles, CA 90046

Notice is hereby given that an order has been entered **REVOKING** the **DISCHARGE** in the above−captioned case.

Dated: February 6, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van58 Rev. 03/09) VAN−58

**31 / MB2**